IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TRAVIS MCPHERSON,

    Plaintiff,

  v.

GMA INVESTMENTS, LLC,
d/b/a SUMMIT RECEIVABLES,

    Defendant.

Case No. 18-cv-948-jdp

## DEFAULT JUDGMENT

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff Travis McPherson and against Defendant GMA Investments, LLC, d/b/a Summit Receivables as follows:

a) Actual damages in the amount of $10,000.00;

b) Attorney fees in the amount of $3,232.00;

c) Court costs in the amount of $445.00.

Plus interest on the judgment at the legal rate until the judgment is satisfied.

Dated this 13th day of May, 2019.

s/ K. Frederickson, Deputy Clerk
Peter Oppeneer, Clerk of Court