IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| TRAVIS MCPHERSON, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )   3:18-cv-00948 |
| | )   Judge Peterson |
| GMA INVESTMENTS, LLC, | )   Magistrate Judge Crocker |
| d/b/a SUMMIT RECEIVABLES, | ) |
| | ) |
|       Defendant. | ) |

## ORDER OF CIVIL CONTEMPT

This matter having come before the Court for Hearing on Plaintiff's Motion for Order to Show Cause why Defendant should not be held in Contempt. Plaintiff appeared through Plaintiff's counsel David Marco. Defendant failed to appear.

IT IS HEREBY ORDERED:

1. Defendant is held in contempt and a monetary sanction is entered against Defendant in the amount of $50 per day until Defendant complies with this Court's Order requiring Defendant to respond to Plaintiff's post-judgment discovery requests. (Dkt. # 17).

2. Plaintiff's counsel has apprised this Court that Plaintiff has previously been contacted by Defendant through Anthony Guadagna. Plaintiff's counsel further apprised this Court that Mr. Guadagna is believed to be the manager and/or owner of Defendant.

3. If Plaintiff believes that Guadagna is in possession of the discovery materials at issue, Plaintiff may serve Guadagna with a subpoena under Federal Rule of Civil Procedure 45. If Guadagna fails to comply with the subpoena, Plaintiff may move for contempt under Rule 45(g).

4. Plaintiff is directed to promptly serve this order on Defendant.

/s/
James D. Peterson
District Judge

Dated:  April 24, 2020